*SELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES*.

II. ALTHOUGH THE CRIME OF INDECENT ACTS WITH A CHILD TO WHICH APPELLANT PLEADED GUILTY WAS NOT A LESSER INCLUDED OFFENSE OF THE CHARGED CRIME OF RAPE OF A CHILD AND THUS HAD NOT BEEN FORMALLY REFERRED TO TRIAL BY COURT–MARTIAL BY THE CONVENING AUTHORITY, WHETHER APPELLANT WAIVED SUCH IRREGULARITY BY PLEADING GUILTY UNDER A PRETRIAL AGREEMENT TO INDECENT ACTS WITH A CHILD IN VIOLATION OF ARTICLE 134, WHERE NEITHER THE PRETRIAL AGREEMENT NOR APPELLANT'S PLEA AT ARRAIGNMENT EXPRESSLY SET FORTH EITHER POTENTIAL TERMINAL ELEMENT FOR AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION, BUT BOTH ELEMENTS WERE DISCUSSED AND ADMITTED DURING THE PROVIDENCE INQUIRY.

Briefs will be filed under Rule 25 on Issue II only.

Misc. No. 11–8037/AF.   In re Keith M. Hall, Petitioner, v. Commander Robert Stover, USN, Commanding Officer, Naval Consolidated Brig, Miramar, California and the United States, Respondents.   Petitioner's motion to withdraw the petition for relief in the nature of a writ of habeas corpus, or in the alternative, writ of mandamus as moot is granted.

Friday, June 3, 2011

No. 11–0450/AR.   U.S. v. Beau A. Gramz.   CCA 20100594.   On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and, that the decision of the United States Army Court of Criminal Appeals is affirmed.*

No. 11–0437/MC.   U.S. v. Royan R. Rosche.   CCA 201000461.   Review granted on the following issue:

---

\* It is directed that the promulgating order be corrected to reflect the UCMJ article number as 112a. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]